rary suspension pursuant to Rule 208(f), Pa.R.D.E., is hereby dissolved.

**In re Richard K. McCARTHY, District Justice in and for Magisterial District 05–04–01, Allegheny County.**

**Appeal of: Richard K. McCarthy.**

Supreme Court of Pennsylvania.

Dec. 23, 2003.

*ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of December, 2003, the order of the Court of Judicial Discipline is AFFIRMED.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**William M. GROSS, Respondent.**

**No. 605 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Argued Dec. 3, 2003.

Decided Dec. 23, 2003.

Joseph J. Huss, Lemoyne, for Office of Disciplinary Counsel, Petitioner.

William M. Gross, Respondent Pro Se.

Before: CAPPY, CJ., and CASTILLE, NIGRO, NEWMAN, SAYLOR EAKIN and LAMB, JJ.

*ORDER*

PER CURIAM:

Upon consideration of the Report and Recommendations of the Disciplinary Board dated March 31, 2003, and following oral argument, it is hereby

ORDERED that William M. Gross be and he is disbarred from the Bar of this Commonwealth retroactive to March 14, 2001, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Chief Justice CAPPY and Justices CASTILLE and NIGRO dissent and would impose a five-year suspension retroactive to March 14, 2001.